[No. 10027–8–III.   Division Three.   September 20, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. TROY J. COOK, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 89–8–00039–7, David S. Edwards, J. Pro Tem., entered May 22, 1989. *Reversed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Shields, J.

[No. 10263–7–III.   Division Three.   September 20, 1990.]

JASPER T. WATKINS, ET AL, *Respondents,* v. RIVERVIEW FLORAL, LTD., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 88–2–00313–2, Fred Van Sickle, J., entered August 25, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Shields, JJ.

[No. 10410–9–III.   Division Three.   September 20, 1990.]

*In the Matter of the Marriage of* LILLIAN OAKES, *Respondent, and* FAY H. OAKES, *Appellant.*

Appeal from a judgment of the Superior Court for Lincoln County, No. 85–3–00124–3, Willard A. Zellmer, J. Pro Tem., entered November 9, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Shields, JJ.